FOURTEENTH COURT OF Appeals
301 Fannin Suite 245
HOUSTON, TEXAS 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

AUG 10 2015

CHRISTOPHER A. PRINE
CLERK

Jimmy Dinz,
   Appellant,

   Vs.
Savannah Robinson etall,
Robert Thomas Rice, AND
Addendum third PARty
Kennenth Grazia Little Ken,
Inc, etal,

MAILED

| DEMANDED A JURY TRIAL

| DEMANDED A HEARING

| Appealed from DISTRICT
| Court OF BRAZORIA County,
| TEXAS 23rd JUDICIAL
| DISTRICT No. 73543/,
| 67021 NO, 14-14-00622-CV
| 14-14-00517-CV
|

Appellants motion leave Courts To Allow Him
file MOTION To Amended

To THE HONORAble Justice Boyce, JAmision
AND DONOVAN JUDGES, OFSAID Courts:

1,

INTO THE HONORABLE Appellate Courts respectfully Comes Now I, Jimmy Dinz, in the above Style Cause And numbered moves this HONORABLE Appellate Court Pursuant Federal Rules of Civil Procedure under Rule 15(a)(C) relate back to the original date, Plaintiff Appellant filed his Notice of Appeal, to allow him Amended an interlocutory Appeal Authortdes by the Statute, seek Appellate relief in his motions leave Court's allow him file MOTION To Amended, into his Amended interlocutory Appeal for good reason's will Show the following:

## I.
### Jurisdiction

This HONORAble Appellate Court has Jurisdiction Pursuant Federal Rules of Appellate Procedures under Fed. R. Civ. Proe; AND Texas Rules of Appellate Proe, Rule 193 (a)(C) under Rule 40. 1(C); (e)

2.

- And Pursuant Section § 51.014 (C), (3), of the Texas Civil Procedure And Remedies Code Texas Vernons, Ann. Code. The legislature has Directed Provision Texas Government Code § 311.023.

## II.

## STATEMENT OF FACTS

1. Plaintiff Appellant has stated a Claim upon which he is entitled to relief defendants Violated his Civil Rights deprivation, depriving, him of a fair Trial, Provide legal Service To Consumers Appellant was Acting As Consumers defendants engaged misrepresentation Violation Breach Writ-ten Agreement Committed, Theft of Service, medicated / medicare fraud Committed Perjury Before the Courts, false Alleged Case Expense(s) medicated / medicare Paid

2. Appellant files his MOTIONS leave Courts To;

3.

allow file MOTION To Amended, Addendum his Amended interlocutory Appeal into his MOTION To Amended and Humby Asking requesting this Honorable Appellate Court, Grant's his motions.

3. Plaintiff-Appellant has sufficient evidence's that will Proff Prior to a discovery disclosure, Breach written Argreement Contract Pursuant TEX. R. App. Proe Rule 193 (C) Proceeding's. After Plenary Power Expires Correct a Clerical error in its Judgment or opinion, (C) enforce or suspend enforcement of its Judgment As these rules, or applicable by law Provides, (C) orders its Jurisdiction and under Rule 40, 1 (C) in the interest of Justice allow Appellant mr. Diaz To be afforded to his Rights being Violated by the defendant U.S. Const. Amend _V th_; AND _14th_; 8th Amendment rights the law of land Constitution;

## III.
## UNSWORN DECLARATION

I Jimmy Dirz, declare and depose, Pursuant to 28 U.S.C. §1746, that the statement made in motion leave Courts allow him Appellant file motion To Amended Addendum Amended interlocutory Appeal into motion To Amended Fed. R. Civ. P. under Rule 15(a)(c). Cause nos 735431, 67021, 14-14-00622-CV AND 14-14-00517-CV, Are true and correct under the Penalty of Perjury Signed this day of __7th__ day of __August 2015__

Submitted.

Jimmy Dirz

Jimmy Dirz #737301
Ramsey Unit
1100 F.m. Rd
Rosharon Tx 77583

## IV.
## CERTIFICATE OF SERVICE

5.

I Jimmy Dinz, Hereby Certify that a Copy of the foregoing instrument was Served To Hon. Clerk, Christoper A. Prine Fourteenth Court of Appeals 301 Fannin Suite 245 Houston, TH 77002, through by U.S. Postal mail from Prison mail Box. on this day of __7th day__ of __August 2015__

Submitted.

Jimmy Dinz

Jimmy Dinz #1737301
Ramsey Unit
1100 F.M. Rd
Rosharon, TH 77583

## IV
## ORDER

On This The Day of _____ Day of _____ 20,____ Came on to Be Heard Plaintiff-Appellants motion To leave Courts allow him file motion To. Amended his Amended interlocutory into Said motion is hereby [  ] Granted            [  ] Denied

6.

_____
Honorable Justice Presiding

7th August 15

CHRISTOPER A. PRINE
Fourteenth Court of Appeals
301 Fannin Suite 245
Houston, Tt 77002

From: Jimmy Dinz
Ramsey Unit
1100 F.m. Rd
Rosharon, Tt 77583

RE: Cause NOS, 735431; 67021; 14-14-00622-CV-AND
14-14-00617-CV Jimmy Dinz V. SAVANNAh Robinson
Robert Thomns Rice AND Addendum third Party Kennenth,
Graazia Little Ken. INC. etal,

DEAR CLERK,
ENCLOSED, Please find the following; Notice of intent
Petition For Review Supreme Court 1 Copy Each
*Appellants MOTIONS leave Courts allow him file
MOTION for Reconsideration Restore ReiNstate Cause Nos
Amended interlocutory Appeal 1 Original Copy and 1
Carbon Copy each. *MOTION leave Court & MOTION To Amend
1 Copy each.
*Would you Please file these Pleading Promptly with
Fourteenth Court OF Appeals 301 Fannin Suite 245 Houston
Tt 77002 *Please Provide Copies to all Parties, in this
matter. Thank you for your time and Corparation
SINCERELY   Jimmy Dinz